1070

No. 94–1664. KOON v. UNITED STATES; and

No. 94–8842. POWELL v. UNITED STATES. C. A. 9th Cir. [Certiorari granted, 515 U. S. 1190.] These cases are set for oral argument at 1 p.m. on Tuesday, February 20, 1996.

JANUARY 12, 1996

No. 95–173. DEGEN v. UNITED STATES. C. A. 9th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 23, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 22, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–345. UNITED STATES v. URSERY. C. A. 6th Cir.; and

No. 95–346. UNITED STATES v. $405,089.23 IN UNITED STATES CURRENCY ET AL. C. A. 9th Cir. Motions of respondents Guy Jerome Ursery and Charles Wesley Arlt, Sr., for leave to proceed in forma pauperis granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 23, 1996. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 22, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

JANUARY 16, 1996

No. 95–799. IN RE RATCLIFF; and

No. 95–6655. IN RE PHILLIPS. Petitions for writs of mandamus denied.